**DAVID M. MICHAEL, Cal. SBN 74031**
**LAW OFFICES OF DAVID M. MICHAEL**
**One Sansome Street, Suite 3500**
**San Francisco, CA 94104**
**Telephone: (415) 946-8996**
**Facsimile: (877) 538-6220**
**E-mail: david@davidmichaellaw.com**

**Attorney for Defendant**
**BRIAN CORRY ROBINSON**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **Civil No. 8:14 CV 276** |
| vs. ) | |
| ) | |
| $380,050.00 in U.S. CURRENCY ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |
| BRIAN CORRY ROBINSON, ) | |
| ) | |
| Claimant. ) | |
| _____ ) | |

**JOINT STIPULATION TO STAY CIVIL FORFEITURE PROCEEDING;**
**ORDER THEREON**

Pursuant to this Court's prior Order of April 16, 2015 (Doc. 20), a telephonic status conference was conducted in the above matter on July 7, 2015. Plaintiff United States of America was represented by Assistant U.S. Attorney, Nancy Svoboda and Claimant Brian Robinson was represented by attorney David Michael, with Magistrate Judge Cherly R. Zwart presiding.

The parties jointly represented to the Court that the prior pending state criminal case against Claimant (*State v. Robinson,* Seward County District Court Case No. CR 14-65) had been

1

dismissed on June 3, 2015.

The parties also jointly represented to the Court that there is now pending before this District Court a criminal Indictment against Claimant with a forfeiture allegation as to the same defendant property in this case, to wit, $380,050.00 in U.S. Currency, *United States v. Brian Robinson,* Case No. 15-CR-00178 LSC-TDT (USDC Ne.).

The parties stipulate and agree that the provisions of 18 U.S.C. § 981(g)(1) and g(2), related to stays, are applicable to these proceedings and, pursuant thereto, request that this Court stay these proceedings for a period of six months initially, with the matter set for a further status hearing at that time, and with further stays of three-month intervals as may be appropriate.

The parties further stipulate and agree that they will provide this Court with a Joint Status Report within 10 days of the first scheduled status hearing.

The parties further stipulate and agree that, if changed circumstances allow, either party may seek a modification or termination of this stay upon a duly noticed motion.

Lastly, the parties further stipulate and agree that, if the criminal proceedings are disposed of either by dispositive motions or judgment, the parties will notify this Court within 10 days of that disposition.

Dated: July 10, 2015

Respectfully submitted,

UNITED STATES OF AMERICA
Plaintiff

DEBORAH R. GILG
United States Attorney

By  *s/Nancy A. Svoboda*
NANCY A. SVOBODA (#17429)
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska  68102

2

Dated: July 10, 2015

*s/David M. Michael*
DAVID M. MICHAEL
Law Offices of David Michael
One Sansome Street, Suite 3500
San Francisco, CA   904104

Attorney for Claimant
BRIAN CORRY ROBINSON

# ORDER

Pursuant to the above stipulation of the parties,

IT IS HEREBY ORDERED THAT this case is stayed for a period of six months initially, with the matter set for a further status hearing on December 37, 2015, cv33-22"c0b 0"and with further stays of three-month intervals as may be appropriate.

" IT IS FURTHER ORDERED THAT the parties file with this Court a Joint Status Report within 10 days of the above scheduled status hearing date.

IT IS FURTHER ORDERED THAT, if the criminal proceedings are disposed of either by dispositive motions or judgment, the parties will notify this Court within 10 days of that disposition.

This Order does not preclude either party from seeking a modification or termination of this stay upon a duly noticed motion, stating the changed circumstances that would justify such a modification or termination.

IT IS SO ORDERED

July 12, 2015.                                                    BY THE COURT:

_____
Cheryl R. Zwart
United States Magistrate Judge