IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:14CV276 |
| vs. | |
| $380,050.00 IN UNITED STATES CURRENCY, | ORDER |
| Defendant. | |

The underlying criminal case, US v, Robinson, et. al, 8:15CR178, remains pending. The second superseding indictment filed on November 19, 2015, (see 8:15CR178, filing 70), includes an allegation demanding forfeiture of the defendant property. The resolution of the criminal matter may also resolve the above-captioned civil case. A conference to discuss case progression is not needed at this time.

Accordingly,

IT IS ORDERED:

1) The conference call set for today at 10:00 a.m. is cancelled.

2) The parties shall contact the undersigned magistrate judge within 10 days after the underlying criminal case is resolved to discuss any necessary case progression or resolution deadlines.

Dated this 29th day of December, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge