IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>$380,050.00 IN UNITED STATES CURRENCY,<br><br>　　　　　Defendant,<br><br>BRIAN CORRY ROBINSON,<br><br>　　　　　Claimant. | 8:14CV276<br><br>**ORDER** |

　　　　The records of the court show that on November 12, 2014, (Filing No.12), a letter was sent to Attorney David M. Michael from the Office of the Clerk directing him to register for admission to practice in this court as required by NEGenR 1.7(d) or (f).

　　　　As of January 11, 2018, Attorney David M. Michael has not complied with the Clerk's letter.

　　　　Accordingly,

　　　　IT IS ORDERED,

On or before January 25, 2018, Attorney David M. Michael must register for admission to practice or show cause by written affidavit why compliance is not possible as required under the rules of the court.

January 11, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge