IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$380,050.00 IN UNITED STATES CURRENCY,<br><br>    Defendant. | 8:14CV276<br><br>ORDER |

IT IS ORDERED:

1) This case will remain stayed pending the outcome of the related criminal matter, case number 2:18-cr-00128, currently pending in the United States District Court for the Eastern District of California.

2) The parties shall report to the court on or about November 15, 2018, and every 90 days thereafter, on the status of the pending California matter. The Clerk is directed to enter a status report deadline of November 15, 2018.

Dated this 17th day of August, 2018.

              BY THE COURT:

              *s/ Cheryl R. Zwart*
              United States Magistrate Judge